IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 3:24-304 |
| --- | --- | --- |
| | ) | 18 U.S.C. § 922(g)(1) |
| | ) | 18 U.S.C. § 924(a)(8) |
| v. | ) | 18 U.S.C. § 924(e) |
| | ) | 18 U.S.C. § 924(d)(1) |
| | ) | 28 U.S.C. § 2461 |
| | ) | |
| **DONALD RAY HURST JR.** | ) | **SEALED INDICTMENT** |

## COUNT 1

THE GRAND JURY CHARGES:

That beginning at a time unknown to the Grand Jury, but beginning at least in or around April of 2023 and continuing thereafter, up to and including April 2, 2024, in the District of South Carolina, the Defendant, **DONALD RAY HURST JR.,** knowingly possessed firearms in and affecting commerce, to wit, a Taurus Model PT 92, 9mm pistol and a Walther, Model P22, .22 caliber pistol, having been previously convicted of a crime punishable by imprisonment for a term exceeding one year and knowing that he had been convicted of such a crime;

In violation of Title 18, United States Code, Sections 922(g)(1), 924(a)(8), and 924(e).

# FORFEITURE

FIREARM OFFENSE:

Upon conviction for felony violation of Title 18, United States Code, Section 922(g)(1) as charged in this Indictment, the Defendant, **DONALD RAY HURST JR.**, shall forfeit to the United States all of the Defendant's rights, title, and interest in and to:

(a) any firearms and ammunition (as defined in 18 U.S.C. § 921) –

    (1) involved in or used in any knowing violations of 18 U.S.C. § 922, or violation of any other criminal law of the United States or intended to be used in a crime of violence.

PROPERTY:

Pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), the property which is subject to forfeiture upon conviction of the Defendant for the offense charged in this Indictment includes, but is not limited to, the following:

    Firearms:

    (1) Taurus Model PT 92, 9mm pistol
        Serial Number: TEX47387

    (2) Walther, Model P22, .22 caliber pistol
        Serial Number: Z044967

Pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

A TRUE Bill

/s/ FOREPERSON

ADAIR F. BOROUGHS
UNITED STATES ATTORNEY

By: /s/
Lamar J. Fyall (Fed. ID #13629)
Assistant United States Attorney
1441 Main Street, Suite 500
Columbia, South Carolina 29201
Tel.: 803-929-3000
Fax: 803-256-0233
Email: Lamar.Fyall@usdoj.gov