AO 442 (Rev. 11/11) Arrest Warrant

FID# 1166 4406

# UNITED STATES DISTRICT COURT
for the
DISTRICT OF SOUTH CAROLINA

RECEIVED
04:42PM APRIL 17, 2024

UNITED STATES MARSHAL
COLUMBIA, SC

United States of America
v.

Case No. 3:24-304

DONALD RAY HURST, JR
*Defendant*

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* DONALD RAY HURST, JR
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Title 18, United States Code, Section 922(g)(1), 924(a)(8), 924(e), 924(d)(1)
Title 28, United States Code, Section 2461(c)

Date: 4/16/2024

City and state: Columbia, South Carolina

s/Jennifer Peterson
*Issuing officer's signature*
ROBIN BLUME
CLERK OF COURT

*Printed name and title*

### Return

| | |
|---|---|
| This warrant was received on *(date)* 04/17/2024, and the person was arrested on *(date)* 4/30/2024 at *(city and state)* Columbia, South Carolina | |
| Date: 4/30/2024 | *Arresting officer's signature* |
| | Special Agent Michael Worrick *Printed name and title* |