**UNITED STATES DISTRICT COURT**

**DISTRICT OF SOUTH CAROLINA**

**COLUMBIA DIVISION**

UNITED STATES OF AMERICA

vs.                                                    CASE NO. 3:24-304

DONALD RAY HURST, JR.

## PLEA

The Defendant, DONALD RAY HURST, JR., acknowledges receipt of a copy of the Information and after arraignment pleads GUILTY in open court.

_____
(Signed)     Defendant

Columbia, South Carolina
December 5, 2024