FILED: April 8, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 25-4466
(3:24-cr-00304-MGL-1)

---

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

DONALD RAY HURST, JR.

Defendant - Appellant

---

M A N D A T E

---

The judgment of this court, entered March 17, 2026, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Nwamaka Anowi, Clerk*