FILED: March 17, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 25-4466
(3:24-cr-00304-MGL-1)

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

DONALD RAY HURST, JR.

Defendant - Appellant

# J U D G M E N T

In accordance with the decision of this court, the judgment of the district court is affirmed in part and the appeal is dismissed in part. This case is remanded to the district court for further proceedings consistent with the court's decision.

This judgment shall take effect upon issuance of this court's mandate in accordance with Fed. R. App. P. 41.

/s/ NWAMAKA ANOWI, CLERK